UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THEODORE E. KENT, *et al.*, | Civil No. 11-2315 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| BANK OF AMERICA, NA, *et al.*, | |
| Defendants, | |

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated January 4, 2013 [Docket No. 79]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED that** Defendants' Motion to Establish Attorneys' Fees [Docket No. 70] is **GRANTED** in part and **DENIED** in part as more fully explained in the Report and Recommendation dated January 4, 2013.

DATED: January 25, 2013                              ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                    JOHN R. TUNHEIM
                                                                    United States District Judge