≏AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

THEODORE E. KENT, LEMAY F. KENT,
DUSTIN L. EMMICK, SCOTT A. ROBERTS,
LISA J. ROBERTS, HUONG KIM NGUYEN,
LAWRENCE JOHNSON, MELODI
JOHNSON, CHAD M. HANSON, REBECCA
HANSON, RYAN HANSON, LOGAN W.
RICE, NANCY B. COURT, BRIAN E.
COURT, CHIP A. RICE, LINDA S. RICE,
WILLIAM A. BIGELOW, MARJORIE E.
VISKER, GERALD J. YARNES, and
REBECCA YARNES

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   11-cv-02315 (JRT/LIB)

BANK OF AMERICA, N.A.; BAC HOME
LOANS SERVICING, LP; BANK OF NEW
YORK MELLON formerly known as Bank of
New York; MORTGAGE ELECTRONIC
REGISTRATION SERVICES, INC.;
MERSCORP, INC.; U.S. BANK, NATIONAL
ASSOCIATION; WELLS FARGO BANK,
N.A.; and PETERSON, FRAM & BERGMAN,
P.A.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' action against defendants be dismissed with prejudice on the merits.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:
Defendants recover costs in the amount of $487.66 from each of the following plaintiff(s):

1. Dustin L. Emmick;
2. Scott A. Roberts and Lisa J. Roberts;
3. Huong Kim Nguyen;
4. Lawrence Johnson and Melodi Johnson;
5. Chad M. Hanson and Rebecca Hanson;
6. Ryan Hanson;
7. Logan W. Rice;
8. Nancy B. Court and Brian E. Court;

9. Chip A. Rice and Linda S. Rice;
10. William A. Bigelow;
11. Rebecca Yarnes and Gerald Yarnes;
12. Marjorie E. Visker,

for a recovery by defendants from plaintiffs of costs in the total amount of $5,851.94, pursuant to Federal Rule of Civil Procedure 41(d).

| April 5, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (B         L. Brennan,    Deputy Clerk |